# UNITED STATES DISTRICT COURT

## District of Minnesota

Elmer Alexander Gonzales Castillo,

Petitioner,

v.

Kristi Noem, David Easterwood, Todd M. Lyons, Pamela Bondi, Ryan Shea,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26cv763 JRT/DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Courts Memorandum and Order [7] has been satisfied.

Date: 2/14/26

KATE M. FOGARTY, CLERK